UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. ZENTENO, | ) Case No. EDCV 09-1175 DSF(JC) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JIMMY WALKER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and exhibits ("Petition Exhibit(s)"), the proposed First Amended Petition (Docket No. 9-2), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections") and exhibits ("Objection Exhibit(s)"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

The Court further notes, as detailed below, that the Objections are incorrect to the extent they suggest that all of the Objection Exhibits were not before the Magistrate Judge prior to the issuance of the Report and Recommendation. In any event, to the extent the Objection Exhibits present new evidence which was not in the record prior to the issuance of the Report and Recommendation, this Court has considered such evidence along with the other evidence in the record and concludes that petitioner is still not entitled to federal habeas relief. More specifically:

1. Objection Exhibit A is a dissenting opinion of one associate justice of the California Court of Appeal which was in the record prior to the issuance of the Report and Recommendation as part of Lodged Doc. 12. The Report and Recommendation expressly refers to such dissent at page 9, line 2.

2. Objection Exhibit B is a declaration of parole officer John Snedden which was in the record prior to the issuance of the Report and Recommendation as Petition Exhibit A. The Report and Recommendation expressly references and discusses such declaration at pages 6-7, notes 5 and 6, and throughout Part VB at pages 16-20.

3. Objection Exhibit C is a declaration of attorney James M. Taylor who represented petitioner in the state proceedings in issue. The attorney essentially attests that during the time frame in issue, petitioner was in a fragile mental state due to his brother's recent murder, that the attorney was contemporaneously unaware that petitioner had initially been turned away from the probation office and directed to reschedule his own appointment, that counsel would himself have scheduled an appointment had he known, that counsel did not believe petitioner willfully violated the Vargas waiver, and once petitioner showed up late, he knew it would be a challenge to change the upset judge's mind. Although such declaration does not itself appear to have been in the record prior to the issuance of the Report and Recommendation, petitioner's counsel summarized its

substance/arguable import in filings which were then in the record, *i.e.*, in petitioner's most recent motion to amend and in the proposed First Amended Petition. (Docket No. 9 at 2; Docket No. 9-2 at 5.) The Report and Recommendation notes that counsel advised the sentencing court that petitioner had recently lost his brother (Report and Recommendation at 8 (quoting Reporter's Transcript at 22-23)), but does not otherwise expressly discuss counsel's asserted failure to present evidence of petitioner's allegedly resulting "fragile mental state" to the sentencing court. Having now considered the foregoing declaration in light of the rest of the record, this Court is not persuaded that petitioner's counsel was deficient in not presenting evidence regarding petitioner's "fragile mental state" to the court or that the outcome of the proceeding would have been different had counsel done so.

      4.     Objection Exhibit D is petitioner's declaration which was in the record prior to the issuance of the Report and Recommendation as Petition Exhibit B. The Report and Recommendation expressly references and discusses such declaration at pages 6-7, notes 5 and 6, and throughout Part VB at pages 16-20.

      5.     Objection Exhibits E and F are declarations of petitioner's sister and wife. In such declarations, petitioner's sister and wife essentially indicate that during the time frame in issue, petitioner was in a fragile mental state due to his brother's recent murder. Although such declarations were not themselves in the record prior to the issuance of the Report and Recommendation, petitioner's counsel summarized their substance in filings which were then in the record, *i.e.*, in petitioner's most recent motion to amend and in the proposed First Amended Petition. (Docket No. 9 at 2; Docket No. 9-2 at 5). The Report and Recommendation references such declarations throughout Part VB at pages 16-20, essentially assumes that their substance is as represented by counsel, and concludes that petitioner's counsel was not deficient in failing to present such

declarations/testimony at sentencing and that, in any event, had counsel done so, the outcome would have been the same. Now having the benefit of reviewing the declarations themselves, this Court agrees with the Magistrate Judge's determination that petitioner's counsel was not deficient in failing to present such declarations/testimony to the trial court and that even if petitioner's counsel had done so, there is not a reasonable probability that the outcome of the proceedings would have been different.

6. Objection Exhibit G is the transcript of petitioner's sentencing which which was in the record prior to the issuance of the Report and Recommendation as part of Lodged Doc. 3. The Report and Recommendation expressly references and discusses the statements/events reflected therein throughout the Report and Recommendation.

IT IS HEREBY ORDERED that Judgment be entered rejecting petitioner's claims on the merits, denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

3/24/14
DATED: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE