UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. ZENTENO, | ) Case No. EDCV 09-1175 DSF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JIMMY WALKER, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's claims are rejected on the merits, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: 3/24/14  _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE